IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**VERONICA ZUNIGA RODRIGUEZ,**

    *Petitioner*,

v.                                        Case No.: 4:20cv210-MW/HTC

**WARDEN FCI TALLAHASSEE,**

    *Respondent*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 19. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 19, is **accepted and adopted** as this Court's opinion. Respondent's motion to dismiss, ECF No. 17, is **GRANTED**. The Clerk shall enter judgment stating, "Petitioner's amended petition is **DISMISSED** for failure to exhaust administrative remedies and as barred by

collateral estoppel." The Clerk shall close the file.

**SO ORDERED on May 11, 2021.**

                                            **s/Mark E. Walker**
                                            **Chief United States District Judge**